# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TONY LAROD WILSON,<br><br>               Plaintiff,<br><br>v.<br><br>ASI HOME INSURANCE CORP.,<br><br>               Defendant. | Civil Action File No.: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant ASI Home Insurance Corp. ("ASI") removes the above-captioned lawsuit from the Superior Court of Clayton County, Georgia, Civil Action No. 2024-cv-03683-11 in which it is currently pending, to the United States District Court for the Northern District of Georgia, Atlanta Division. As grounds for removal of this case, AAIC states as follows:

1.  On September 19, 2024, Tony Larod Wilson ("Plaintiff") filed the above-captioned lawsuit in the Superior Court of Clayton County, Georgia.

2.  On November 6, 2024, ASI was served with a copy of the Complaint.

3.  Service upon ASI was the first time ASI was made aware of this lawsuit.

4. This Notice of Removal is filed in a timely and proper manner pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days of November 6, 2024, the date that ASI was served with the Complaint.

5. This civil action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed to this Court under 28 U.S.C. §§ 1441 and 1446. This is a civil action in which the amount in controversy exceeds $75,000, exclusive of interest and costs, and is an action between citizens of different states.

6. All pleadings in the Clayton County Superior Court action are attached hereto as **Exhibit "A"**.

7. Plaintiff is and was at the time of filing a citizen under the laws of the State of Georgia.

8. ASI is and was at the time of the filing of this lawsuit a corporation under the laws of the State of Florida with its principal place of business in the State of Florida.

9. Accordingly, there is complete diversity of citizenship between Plaintiff, on the one hand, and ASI, on the other.

10. In the instant litigation, Plaintiff seeks damages for ASI's alleged failure to pay a claim under Policy No. GAA173929 (the "Policy") arising from a storm allegedly occurring on or about November 26, 2023.

11. Plaintiff asserts that on May 28, 2024, Plaintiff, through counsel, made a demand to ASI in the amount of $102,757.78 for the alleged property damage caused by a November 26, 2023 storm event (the "Demand"). (*Id.* at ¶ 34, *Id.* at Ex. B.)

12. Plaintiff asserts a breach of contract claim against ASI based on the Policy and ASI's alleged failure to pay the full amount of the Demand. (*Id.* at ¶¶ 21-30.)

13. Plaintiff also asserts a bad faith claim under O.C.G.A. § 33-4-6, which, if successful, could potentially allow Plaintiff to recover not only what it claims is covered under the Policy but also an additional amount of up to 50% of the alleged covered loss, plus reasonable attorney's fees incurred in bringing this case (*Id.* at ¶¶ 31-41.)

14. Thus, in light of Plaintiff's $102,757.78 Demand and Plaintiff's claims for breach of contract and bad faith, the amount in controversy in this lawsuit exceeds $75,000, exclusive of interest and costs.

15. A copy of this Notice of Removal is being filed with the Superior Court of Clayton County and has been served upon Plaintiff.

16. The United States District Court for the Northern District of Georgia, Atlanta Division, is the federal judicial district encompassing the Superior Court of Clayton County, Georgia, where Plaintiff originally filed this

suit such that this is the proper federal district for removal of this case to federal court under 28 U.S.C. § 1441(a) and § 90(a)(2).

17. ASI does not waive any jurisdictional or other defenses that might be available.

18. ASI reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, ASI removes this action from the Superior Court of Clayton County to this Court.

Respectfully submitted this 6th day of December, 2024.

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP<br>600 Peachtree Street NE, Suite 4700<br>Atlanta, Georgia 30308<br>T: 404.348.8585<br>F: 404.467.8845<br>E: Seth.Friedman@lewisbrisbois.com<br>E: Victoria.Munian@lewisbrisbois.com | */s/ Seth M. Friedman*<br>Seth M. Friedman<br>Georgia Bar No. 141501<br>Victoria E. Munian<br>Georgia Bar No. 463486<br><br>*Attorneys for Defendant ASI Home Insurance Corp.* |

149513693.1

- 4 -